UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH BARIGIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 4:25-cv-04958-JST<br><br>[PROPOSED] ORDER ON STIPULATION TO REMAND CASE TO STATE COURT<br><br>Judge: Hon. Jon S. Tigar |

    Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Marin.

IT IS SO ORDERED.

DATE: July 9, 2025

_____
United States District Judge
Northern District of California

1
**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**